

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00237-CR

DOUGLAS DWAYNE SHIRLEY                                                  APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Douglas Dwayne Shirley signed a judicial confession and pled guilty to theft of property under $1,500 and two prior convictions, a state jail felony,[2] and the trial court convicted him of that offense

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Penal Code Ann. § 31.03(a)–(b), (e)(4)(D) (West Supp. 2011).

and sentenced him to six months' confinement.[3]  Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal.  Accordingly, we informed Appellant by letter on May 29, 2012, that this case was subject to dismissal unless he or any party showed grounds for continuing the appeal on or before Friday, June 8, 2012.[4]  We have received no response.

We therefore dismiss this appeal.[5]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 28, 2012

---

[3]*See id.* § 12.35(a)–(b) (providing range of confinement for state jail felony is 180 days to two years').

[4]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[5]*See* Tex. R. App. P. 25.2(d), 43.2(f).

2